UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Guarantee Insurance Company | ) | |
| | ) | |
| | ) | |
| Plaintiff(s) | ) | |
| | ) | Case No. 4:11cv01838TCM |
| vs. | ) | |
| | ) | |
| David Mayberry, et al. | ) | |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## **ORDER**

The above styled and numbered case was filed on October 21, 2011 and randomly assigned to the Honorable Thomas C. Mummert , United States Magistrate Judge.

After a review of the case, the Clerk's Office found that the case was opened incorrectly. The case should have been assigned to our Southeastern Division. Accordingly, the case has been transferred to our Southeastern Division and given Case No. 1:11cv00194 and randomly assigned to the Honorable Stephen N. Limbaugh, Jr., United States District Judge.

Dated this 24th day of October, 2011.

                JAMES G. WOODWARD
                CLERK OF COURT

                By: /s/ Karen Moore
                Deputy Clerk

**Please note the new case number: 1:11cv00194SNLJ.**